United States District Court
Southern District of Texas
**ENTERED**
May 29, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| Kenneth A. Graber, Individually and on Behalf of Others Similarly Situated,<br>　　Plaintiff,<br><br>v.<br><br>Inframark, LLC,<br>　　Defendant. | CIVIL ACTION NO.<br>4:25-cv-376<br><br>JUDGE CHARLES ESKRIDGE |

**AGREED ORDER TO STAY CASE AND TO REPORT**

Based on the agreement and request of the Parties, this matter is stayed until August 15, 2025 to allow the Parties to engage in informal exchange of information and settlement negotiations.

By August 15, 2025, the Parties will advise the Court of the status of their negotiations and (1) inform the Court that they wish to continue such discussions or (2) file a proposed discovery and briefing schedule for Plaintiff's motion for FLSA notice. As agreed by the Parties, initial disclosures must be served no later than August 29, 2025.

1

SO ORDERED.

Signed on May 27, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge