## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

KENNETH A. GRABER, Individually and
On Behalf of Others Similarly Situated,

      Plaintiff,

v.                                                   Case No. 4:25-cv-00376

INFRAMARK, LLC,

      Defendant.
_____/

### UNOPPOSED MOTION TO WITHDRAW

**COMES NOW,** JULIE A. GIRARD ("Movant") and files this, her Motion to Withdraw as Attorney for Defendant Inframark, LLC and would respectfully show the Court as follows:

Reed L. Russell (Attorney in Charge), Claudine G. Jackson, and Movant, of the law firm of Phelps Dunbar LLP, are attorneys of record for Defendant Inframark, LLC. Movant is leaving Phelps Dunbar LLP and, therefore, it is respectfully requested Movant be permitted to withdraw as an attorney of record in this matter. Reed L. Russell remains Attorney in Charge and Claudine G. Jackson remains an attorney of record for Defendant in this matter. No party will be prejudiced by the withdrawal of Movant in this matter and the withdrawal will not delay the proceedings in this case.

**WHEREFORE, PREMISES CONSIDERED,** Julie A. Girard respectfully requests that the Court grant permission for her to withdraw as an attorney of record in this matter and be removed from all service and party lists in this matter.

Notice is hereby given, pursuant to Local Rule LR11, of the continued designation of Reed L. Russell as attorney in charge for Inframark, LLC in this matter.

PD.49940078.1

Dated: June 25, 2025

                                      Respectfully submitted,

*/s/ Julie A. Girard*
Reed L. Russell, Lead Counsel
Texas Bar No. 24101337
Julie A. Girard *(admitted pro hac vice)*
PHELPS DUNBAR LLP
100 S. Ashley Drive – Suite 2000
Tampa, Florida 33602
(T) (813) 472-7550; (F) (813) 472-7570
reed.russell@phelps.com
julie.girard@phelps.com

Claudine G. Jackson
Texas Bar No. 00793800
PHELPS DUNBAR LLP
201 Main Street – Suite 1350
Fort Worth, Texas 76102
(T) (817) 386-1166; (F) (817) 386-1170
claudine.jackson@phelps.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

On this 25th day of June 2025, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I therefore certify that I have served all counsel of record/pro se parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) as follows:

Josef Franz Buenker
The Buenker Law Firm
P.O. Box 10099
Houston, TX 77206
jbuenker@buenkerlaw.com

Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, TX 75601
doug@welmakerlaw.com

                                      */s/ Julie A. Girard*