United States District Court
Southern District of Texas
**ENTERED**
June 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KENNETH A. GRABER, Individually and
On Behalf of Others Similarly Situated,

    Plaintiff,

v.                                                               Case No. 4:25-cv-00376

INFRAMARK, LLC,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Before the Court is the Unopposed Motion to Withdraw Julie A. Girard as counsel of record for Defendant Inframark, LLC. After due consideration the Court finds the motion should be granted.

Accordingly, it is **HEREBY ORDERED** that the Unopposed Motion to Withdraw is **GRANTED.** The Clerk is **DIRECTED** to terminate Julie A. Girard as counsel of record for Defendant Inframark, LLC.

Signed this 27th day of June, 2025.

*/s/ C.R. Eskridge*
CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE

PD.49940230.1