# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KENNY GRABER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § § | |
| **v.** | § § § | **CA NO. 4:25-cv-376** **Judge Charles Eskridge** |
| **INFRAMARK, LLC,** | § § § § | |
| **DEFENDANT** | § | |

## JOINT STATUS REPORT AND REQUEST FOR A SECOND STAY

Plaintiff Kenny Graber and Defendant Inframark, LLC file this Joint Status Report and Request for a Second Stay and in support thereof would show the following:

1.     On May 27, 2025, the Court ordered the parties to advise the Court of the status of their negotiations or file a proposed briefing and discovery schedule for Plaintiff's Motion for FLSA notice.  (ECF No.19).

2.     The Parties have been negotiating in good faith with each other and both Parties agree that a second stay, for 45 days, would help facilitate further negotiations.

3.     Accordingly, the Parties respectfully request this Court grant a 45 day stay on this matter to allow the Parties to continue trying to reach a resolution.

Respectfully submitted,

WELMAKER LAW, PLLC


*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

Josef F. Buenker
TBA No. 03316860
Thomas H. Padgett, Jr.
TBA No. 15405420
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile

**COUNSEL FOR PLAINTIFF**


*/s/ Reed L. Russell*
Reed L. Russell, Lead Counsel-Attorney for Defendant
Texas Bar No. 24101337
PHELPS DUNBAR LLP
100 S. Ashley Drive – Suite 2000
Tampa, Florida 33602
(T) (813) 472-7550; (F) (813) 472-7570
reed.russell@phelps.com

Claudine G. Jackson-Attorney for Defendant
Texas Bar No. 00793800
PHELPS DUNBAR LLP
201 Main Street – Suite 1350
Fort Worth, Texas 76102
(T) (817) 386-1166; (F) (817) 386-1170
claudine.jackson@phelps.com

**COUNSEL FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 14, 2025 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker