UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KENNY GRABER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § § | |
| v. | § § | CA NO. 4:25-cv-376 |
| **INFRAMARK, LLC,** | § § § § § | |
| **DEFENDANT** | § | |

## ORDER EXTENDING STAY

The Court has reviewed the Parties' Joint Status Report and Request for a Second Stay of 45 days and GRANTS the Motion. Therefore, on or before September 29, 2025, the Parties are instructed to notify the Court whether they have either resolved this matter, request a magistrate settlement conference or have scheduled private mediation, or file a proposed briefing and discovery schedule for Plaintiff's Motion for FLSA notice.

_____
HONORABLE CHARLES ESKRIDGE
United States District Judge