United States District Court
Southern District of Texas
**ENTERED**
August 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KENNY GRABER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § § | |
| v. | § § | CA NO. 4:25-cv-376 |
| **INFRAMARK, LLC,** | § § § § | |
| **DEFENDANT** | § § | |

## ORDER EXTENDING STAY

The Court has reviewed the Parties' Joint Status Report and Request for a Second Stay of 45 days and GRANTS the Motion. Therefore, on or before September 29, 2025, the Parties are instructed to notify the Court whether they have either resolved this matter or have scheduled private mediation, or file a proposed briefing and discovery schedule for Plaintiff's Motion for FLSA notice.

No further extension will be allowed.

SO ORDERED.

Signed on August 28, 2025, at Houston, Texas.

_____
Charles Eskridge
United States District Judge