United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| Kenneth A. Graber, | § | Civil Action No |
| Plaintiff, | § | 4:25-cv-00376 |
| | § | |
| | § | |
| vs. | § | Judge Charles Eskridge |
| | § | |
| | § | |
| Inframark, LLC, | § | |
| Defendant. | § | |

## Order

By email to the Case Manager, the parties have provided notice of settlement of their dispute.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on September 29, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge